## Exhibit A to the Complaint

**Location:** Newark, NJ  
**Total Works Infringed:** 32  
**IP Address:** 71.172.26.84  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194 | 02/23/2025 13:25:38 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 2 | 98A7396F4B2B73301521703E68688BD98063104D | 02/23/2025 13:25:37 | Blacked | 02/04/2020 | 02/20/2020 | PA0002229052 |
| 3 | FC06F5BFCE1CE7CC43BFF0BA8834112211F02862 | 07/22/2024 23:14:47 | Blacked | 07/07/2024 | 07/15/2024 | PA0002480445 |
| 4 | F9B62E842A1CA1BEB3756E2CC5070167519EE569 | 07/22/2024 23:13:50 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 5 | 421AAA31045661C3EC70E1AC398FCE3C245979E8 | 07/22/2024 23:13:41 | Blacked | 07/12/2024 | 08/14/2024 | PA0002484823 |
| 6 | ee4a9a1725a35b023ce9fb4431e8c385235c1563 | 05/27/2024 12:53:42 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 7 | 636a538d0a896802a578b0a66c9735345ec4bb4e | 05/26/2024 22:28:09 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 8 | c1b9a85517bf7016027318c373b78da82767bb4f | 05/26/2024 06:47:22 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 9 | d8b1c2feaf4f9e89ae49af1fdb42ba5ee9744c70 | 05/25/2024 19:04:19 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 10 | 2693b910a9fd84f57e729ecb54230f7cd4c024a0 | 05/25/2024 13:19:08 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 11 | 6812b1755573bdf95745fdce9ff96074a7d862ad | 05/25/2024 11:44:45 | Blacked | 05/24/2018 | 07/14/2018 | PA0002128376 |
| 12 | 84dcdd2a92f9d30ad0849d1782a264d63742d890 | 05/25/2024 08:14:12 | Vixen | 09/23/2022 | 10/05/2022 | PA0002373763 |
| 13 | dfbeab2090afa0b7d74002fd9d232e49d35c0160 | 05/25/2024 04:14:38 | Tushy | 11/15/2020 | 12/09/2020 | PA0002274948 |
| 14 | d91aad0816c278ed520ec316d899a6e4ce8e718d | 05/24/2024 19:50:13 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 15 | 9d91d68a4f8bc258cce468be205eba95d0b7e7dc | 05/24/2024 05:58:04 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 16 | b98d62ce1791ba05dab844f720a0993502537390 | 05/24/2024 04:43:36 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 838100273a270b73619a09553d9fd7377469b98d | 05/24/2024 01:54:12 | Milfy | 07/19/2023 | 08/22/2023 | PA0002431068 |
| 18 | B0AD11AD709F0B4FB56E60E5F89DA35F5C63389C | 05/23/2024 18:52:52 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 19 | 1E42AD1413973B2E1141FDF632A1E678371D024A | 05/23/2024 18:52:29 | Blacked | 04/08/2024 | 04/10/2024 | PA0002464920 |
| 20 | 1F86FEA4D0BB90DCED1BA522201FF0D8A4BE61B3 | 05/23/2024 18:52:26 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 21 | 7A592395C1E4D4932DD44F1834D9C75B000389D6 | 05/23/2024 18:50:16 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 22 | 46EC37933E3EE11D3A82DB855CA380ABC72B02E1 | 05/23/2024 18:50:15 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 23 | 0A4F1FD337EDC6EFB75D92B9C6EDF9D92035C8AB | 05/10/2024 22:38:54 | Blacked | 05/08/2024 | 06/18/2024 | PA0002476746 |
| 24 | 6ABFC9401487EF2799B7110B12B77BD56DE37C79 | 05/10/2024 22:38:43 | Blacked | 05/03/2024 | 05/08/2024 | PA0002469808 |
| 25 | E4707614B829EB22F9B87ABB2812AD27E7138111 | 05/10/2024 17:13:41 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 26 | 46F1EF82946DFAD9C807FCE97ED4B05DC82E5AD0 | 05/10/2024 17:11:31 | Blacked | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 27 | C8D28D5B268D936E104A25EE37F78893A30FEB51 | 05/10/2024 17:11:30 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 28 | C760F66AD4E5407C1AA99A548A3BA567031E7AE8 | 05/10/2024 17:11:29 | Blacked | 09/02/2023 | 09/18/2023 | PA0002430909 |
| 29 | 593969C1DB54F73BE39252EF5800186B75BFD61A | 05/10/2024 17:11:25 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 30 | bd86b28bd1335bb8c7cecd013ef1693022a4a312 | 03/31/2024 06:37:40 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 31 | 6deeff92acc9c91a0a2d2b5b13cf170254ec3588 | 03/29/2024 11:43:51 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 32 | f26fde6bd23f68fe5e5569a5313eb3c27f6cfbcc | 03/29/2024 08:11:36 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |