JOHN DOE subscriber assigned IP address 71.172.26.84
johndoe.subcriber.assignedIP71.172.26.86@protonmail.com
Defendant's address is withheld to preserve anonymity, as requested in the accompanying motion.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.172.26.84,<br><br>    Defendant | Civil Action No. 2:25-cv-03733-JKS-MAH<br><br>**NOTICE OF MOTION**<br><br>**HONORABLE JAMEL K. SEMPER, U.S.D.J**<br>**HON. MICHAEL A. HAMMER, U.S.M.J** |

**PLEASE TAKE NOTICE** that on Monday, July 28, 2025, the undersigned, John Doe (pseudonym), shall move before the Honorable Jamel K. Semper, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting leave to proceed anonymously and for a protective order to prevent public disclosure of Defendant's identifying information.

In support of this Motion, Defendant shall rely upon the accompanying Brief, Declaration, Proposed Order, and Certification of Service. This motion is further supported by documentary evidence attached as Exhibits A–

M (redacted), as referenced in the accompanying Declaration A proposed form of Order is submitted herewith. Pursuant to L. Civ. R. 7.1(d), a motion return date of **Thursday, July 28, 2025** is hereby noticed. This motion is timely filed and served on **June 30, 2025**.

    Dated: June 30, 2025

    Respectfully submitted,

    /s/ John Doe
    John Doe (pseudonym)
    Defendant, Pro Se