Exhibit A



**Department of Veterans Affairs**
110 9th Avenue South
Nashville, TN 37203

April 10, 2025

In Reply Refer To:

320/NCC/ME



72

Dear

This is in reply to your request for a statement verifying your service-connected disabilities.

Department of Veterans Affairs (VA) records show your service-connected disabilities are as follows:

| Percentage | Disability | Diag Code |
|---|---|---|
| 60 | bronchial asthma to include obstructive sleep apnea | 6602 |
| 50 | postraumatic stress disorder to include anxiety, depression and insomnia | 9411 |
| 30 | pseudofolliculitis barbae with scars face, neck and upper chest | 7806 |
| 30 | bradycardia with dilated cardiomyopathy | 7009 |
| 30 | Irritable bowel syndrome | 7319 |
| 30 | migraines to include post occipital neuralgia | 8100 |
| 30 | benign paroxysmal positional vertigo | 6204 |
| 30 | dermatitis | 7806 |
| 20 | voiding dysfunction, including nocturia | 7517 |
| 10 | tinnitus | 6260 |
| 0 | chronic sinusitis | 6512 |
| 0 | hemorrhoids | 7336 |
| 0 | erectile dysfunction | 7522 |
| 100 | **Combined Rating** | |

## Do You Have Questions or Need Assistance?
If you have any questions, you may contact us by telephone, email or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000.<br>If you use a Telecommunications Device for the Deaf (TDD), the number is 711. |
| Use the Internet | www.VA.gov- "ask a question" |

Date of birth:

Exhibit B

```
Navy                        Enlisted   Secondary  AO          646
Navy                        Enlisted   Duty       AO          646
Navy Reserve                Enlisted   Primary    MA          646
Navy Reserve                Enlisted   Secondary  MA          646

-- Military/Combat Pay Details
Service       Begin Date  End Date    Military Pay Type              Location
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Navy MILPERCE 11/01/2006  05/31/2007  01 Combat Zone Tax Exclusion (CZTE)  ZZ
Navy MILPERCE 11/01/2006  05/31/2007  02 Hostile Fire/Imminent Danger      ZZ

-- Separation Pay Details
Service       Begin Date  End Date    Separation Pay Type
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


-- Retirement Periods
Service       Begin Date  End Date    Retirement Type                      Rank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


-- DoD Retirement Pay
Service       Begin Date  End Date  Dsblty %  Pay Stat  Term Rsn  Stop Pay Rsn
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Translations of Codes Used in this Section:

Service Occupation Codes
AN         Enlisted    Airman
AO         Enlisted    Aviation Ord

DoD Occupation Codes
050        Enlisted
646        Enlisted

Military Pay Type Code
01         Combat Zone Tax Exclusion (CZTE)
02         Hostile Fire/Imminent Danger
03         Hazardous Duty incentive

Separation Pay Type Code
01         Separation Pay
02         Readjustment Pay
03         Non-Disability Severance Pay
04         Disability Severance Pay
05         Discharge Gratuity
```



**DEPARTMENT OF VETERANS AFFAIRS**

June 16, 2025

In Reply Refer to:
▮2
27/eBenefits



Dear ▮

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Navy | Honorable | ▮ | ▮ |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| You have one or more service-connected disabilities: | Yes |
| Your combined service-connected evaluation is: | 100% |
| You are considered to be totally and permanently disabled due solely to your service-connected disabilities: | Yes |
| The effective date of when you became totally and permanently disabled due to your service-connected disabilities: | ▮ |
| You are in receipt of special monthly compensation due to the type and severity of your service-connected disabilities: | Yes |









NDC 65862-146-36

**Rx only**

**Sumatriptan Tablets, USP**

**25 mg**

Each tablet contains 35 mg sumatriptan succinate USP equivalent to 25 mg of sumatriptan.

AUROBINDO

9 Unit-dose Tablets





TAKE ONE TABLET BY [redacted] DAY FOR ANXIETY
BUSPIRONE HCL 10MG TAB
Rx# 326506351
PROVIDER: OLEDIMMAH P.

TAKE ONE TABLET BY MOUTH FOR SLEEP
TRAZODONE HCL 50MG TAB
Rx# 326506353
PROVIDER: OLEDIMMAH P.

TAKE TWO CAP/TABS BY [redacted] BEDTIME FOR SLEEP
MELATONIN 3MG CAP/TAB
Rx# 326506352
PROVIDER: OLEDIMMAH P.

# NewYork-Presbyterian
The University Hospital of Columbia and Cornell

## Family Planning Clinic

Phone: (212)342-3232

Fax: (212)342-3238

Date: 12/04/2024

Name: ▮

D.O.B ▮

Dear Sir/Madam:

The Above named patient is a registered patient of the NEW YORK-PRESBYTERIAN HOSPITAL. She had a positive pregnancy test today at th▮

Her estimated date of delivery (EDD) is 08/08/2025.

Should you have any further questions, please call the clinic.

Respectfully,

Ana Cepin, MD
Medical Director
Family Planning Clinic

 Outlook

**Caregiver Support Group Today!! 12:30-1:30pm**

From ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ung2@va.gov>
Date Thu 6/5/2025 12:03 PM

> **EXTERNAL EMAIL: Do not click any links or open any attachments unless you trust the sender and know the content is safe.**

Our next Caregiver Support Group will be held **TODAY**, : June 5th, 2025 from 12:30-1:30 P.M.

<u>Until further notice, please participate in the support group virtually.</u> Future Caregiver Support Groups: June 19th, 2025 and July 3rd, 2025.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Here are some instructions if you are joining by video.**

If you plan to join by **smart phone or tablet**: Please go into your App/Application Store and download the FREE app called 'Cisco Webex'. It will look like this: 

When it's time to join the meeting, **Simply click on the green 'Join meeting' button below.**

[ Join meeting ]

Meeting number (access code): 2762 361 2437

Meeting password: c432QyNgpe@

If you plan to join by **laptop or computer: Simply click on the green 'Join meeting' button below. You may have to hit 'Ctrl' on the keyboard while clicking on the green button.**

**To join by phone please call 1-833-558-0712 (toll-free).** You will hear some lovely music for a second then it will state, "Welcome to Webex. Enter your access code or meeting number then press pound". Then enter: 2762 361 2437##

You will hear: "Please enter your attendance ID. If you do not know your ID, please press pound." Then enter: #

You will then "enter" the meeting!

L▮
Caregiver Support Coordinator Clinical Social Worker
Caregiver Support – Social Work Service
U.S. Department of Veterans Affairs
▮